1  Gary S. Saunders, Esq. (SBN: 144385)
   Jenny Shin, Esq. (SBN: 275749)
2  Gerald Fritz, Esq. (SBN: 304621)
   SAUNDERS LAW GROUP, P.C.
3  1891 California Ave., Ste. 102
   Corona, CA 92881
4  Tel. (951) 272-9114
   Fax (951) 270-5250
5
6  Attorney for Plaintiffs,
   Kate Bourland and Kent Bourland
7
                **UNITED STATES DISTRICT COURT**
8
                **EASTERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| KATE BOURLAND and KENT BOURLAND,<br><br>                    Plaintiffs<br><br>v.<br><br>WILMINGTON FINANCE, INC.; CALIBER HOME LOANS, INC.; CIT MORTGAGE LOAN TRUST 2007-1; SUMMIT MANAGEMENT COMPANY, LLC; ALL PERSONS, KNOWN AND UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY ADVERSE TO PLAINTIFF'S TITLE THERETO; and DOES 1 – 10, inclusive,<br><br>                    Defendants. | CASE NO:  16-cv-01359-WBS-CMK<br><br>**ORDER ON JOINT STIPULATION EXTENDING DEADLINES: (1) FOR PLAINTIFFS TO FILE MOTION TO REMAND; AND (2) FOR DEFENDANTS TO RESPOND TO COMPLAINT UP TO AND INCLUDING AUGUST 30, 2016** |

Pursuant to the parties' Joint Stipulation, and good cause appearing therefore, the Court hereby orders:

1. Plaintiffs shall have an additional forty-five (45) days, through and including August 30, 2016, in which to file a Motion to Remand.

2. The July 22, 2016 deadline for Defendants CALIBER HOME LOANS, INC., CIT MORTGAGE LOAN TRUST 2007-1, SUMMIT MANAGEMENT COMPANY, LLC, WILMINGTON FINANCE, INC. and each of them, to respond to the complaint shall be continued up to and including August 30, 2016.

**IT IS SO ORDERED.**

Dated: July 21, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

01425-0234 283826.2