RUSS M. FUKANO (SBN 114166)
Email: rfukano@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:   (310) 553-4441
Facsimile:   (310) 201-4746

Attorneys for Defendants
Caliber Home Loans, Inc.; CIT Mortgage Loan Trust 2007-1; Summit Management Company, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATE BOURLAND and KENT BOURLAND, individuals, <br><br> Plaintiffs, <br> v. <br><br> WILMINGTON FINANCE, INC.; CALIBER HOME LOANS, INC.; CIT MORTGAGE LOAN TRUST 2007-1; SUMMIT MANAGEMENT COMPANY, LLC; ALL PERSONS, KNOWN AND UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY ADVERSE TO PLAINTIFF'S TITLE THERETO; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:16-cv-01359-WBS-CMK <br><br> ORDER ON STIPULATION EXTENDING DEADLINES: (1) FOR DEFENDANTS TO RESPOND TO COMPLAINT; (2) FOR PLAINTIFFS TO FILE MOTION TO REMAND; AND (3) CONTINUE STATUS CONFERENCE |

**TroyGould PC**

[PROPOSED] ORDER ON STIPULATION EXTENDING DEADLINES

01425-0234 287251.1

Pursuant to the stipulation of the Parties, and good cause appearing therefor,

IT IS ORDERED that:

1. The deadline for Defendants Caliber Home Loans, Inc., CIT Mortgage Loan Trust 2007-1, and Summit Management Company, LLC to respond to the Complaint be continued from October 31, 2016, up to and including December 30, 2016;

2. The deadline for Plaintiffs to file a motion to remand be continued from October 31, 2016, up to and including December 30, 2016;

3. The Status Conference be continued from December 19, 2016 to **February 27, 2017 at 1:30 p.m.**

4. The last day for the parties to confer before the Status Conference be continued up to and including January 31, 2017; and

5. The last day for the parties to submit a Joint Status Report be continued up to and including **February 13, 2017**.

SO ORDERED.

Dated:  October 26, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE