Gary S. Saunders, Esq. (SBN: 144385)
Jenny Shin, Esq. (SBN: 275749)
SAUNDERS LAW GROUP, P.C.
1891 California Ave., Ste. 102
Corona, CA 92881
Tel. (951) 272-9114
Fax (951) 270-5250

Attorney for Plaintiffs,
Kate Bourland and Kent Bourland

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATE BOURLAND and KENT BOURLAND,<br><br>  Plaintiffs<br><br>v.<br><br>WILMINGTON FINANCE, INC.; CALIBER HOME LOANS, INC.; CIT MORTGAGE LOAN TRUST 2007-1; SUMMIT MANAGEMENT COMPANY, LLC; ALL PERSONS, KNOWN AND UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY ADVERSE TO PLAINTIFF'S TITLE THERETO; and DOES 1 – 10, inclusive,<br><br>  Defendants. | CASE NO:  16-cv-01359-WBS-CMK<br><br>**ORDER ON JOINT SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS; CALIBER HOME LOANS, INC.; CIT MORTGAGE LOAN TRUST 2007-1; SUMMIT MANAGEMENT COMPANY, LLC, AND REQUEST TO VACATE THE STATUS CONFERENCE SET FOR FEBRUARY 27, 2017 AT 1:30 IN COURTROOM 5, AND TO VACATE ANY OTHER HEARINGS AND/OR DEADLINES IN THIS ACTION** |

Pursuant to the parties' Joint Stipulation, and good cause appearing therefore, the Court hereby orders:

1. That the Status Conference set for February 27, 2017 at 1:30 in Courtroom 5 is continued to March 13, 2017 at 1:30 p.m.

2. Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal shall be filed no later than February 27, 2017, or a Joint Status Report by that date if settlement has not been finalized .

**IT IS SO ORDERED.**

Dated:  December 20, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE