1  Gary S. Saunders, Esq. (SBN: 144385)
Jenny Shin, Esq. (SBN: 275749)
2  SAUNDERS LAW GROUP, P.C.
1891 California Ave., Ste. 102
3  Corona, CA 92881
Tel. (951) 272-9114
4  Fax (951) 270-5250

5
Attorney for Plaintiffs,
6  Kate Bourland and Kent Bourland

7                          **UNITED STATES DISTRICT COURT**

8                          **EASTERN DISTRICT OF CALIFORNIA**

9

10  KATE BOURLAND and KENT
BOURLAND,

11                     Plaintiffs

12  v.

13  WILMINGTON FINANCE, INC.;
CALIBER HOME LOANS, INC.; CIT
14  MORTGAGE LOAN TRUST 2007-1;
SUMMIT MANAGEMENT COMPANY,
15  LLC; ALL PERSONS, KNOWN AND
UNKNOWN, CLAIMING ANY LEGAL
16  OR EQUITABLE RIGHT, TITLE,
ESTATE, LIEN OR INTEREST IN THE
17  PROPERTY ADVERSE TO PLAINTIFF'S
TITLE THERETO; and DOES 1 – 10,
18  inclusive,

19
                       Defendants.
20

**CASE NO:  16-cv-01359-WBS-CMK**

**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

**Date:   March 3, 2017**
**Time: 1:30**
**Courtroom:  5**

**Assigned for All Purposes to Hon. William B. Shubb**

21       Based upon the Stipulation submitted by and between KATE BOURLAND and KENT

22  BOURLAND ("Plaintiffs"), on the one hand, and defendants CALIBER HOME LOANS, INC.; CIT

23  MORTGAGE LOAN TRUST 2007-1; SUMMIT MANAGEMENT COMPANY, LLC ("Defendants"),

24  on the other hand, it is hereby ORDERED, ADJUDGED AND DECREED:

25  \\\

26  \\\

PROPOSED ORDER ON JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE-2:16-cv-01359-WBS-CMK

1

2

3

Plaintiff's Complaint as to defendants CALIBER HOME LOANS, INC.; CIT MORTGAGE LOAN TRUST 2007-1; SUMMIT MANAGEMENT COMPANY, LL,  is DISMISSED WITH PREJUDICE as to the ENTIRE ACTION.  Each party is to bear its own costs.

4

5  **IT IS SO ORDERED.**

6

7  Dated:  March 2, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26